

**FILED**

*1:34 pm, 3/18/26*

**Margaret Botkins
Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BRIAN JOSEPH JOHNSON,**<br><br>Defendant. | No.    26-CR-33-ABJ<br><br>**18 U.S.C. §§ 922(g)(1) & 924(a)(8)**<br>(Felon in Possession of a Firearm)<br><br>Forfeiture Notice |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about February 6, 2026, in the District of Wyoming, the Defendant, **BRIAN JOSEPH JOHNSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a SCCY 9mm pistol, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### FORFEITURE NOTICE

1.     The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the alleged offenses set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission

of the offense(s). The property to be forfeited includes, but is not limited to, the firearm listed in the Indictment.

A TRUE BILL:

*/s/ Ink Signature on File*
FOREPERSON

DARIN D. SMITH
United States Attorney

## PENALTY SUMMARY

**DEFENDANT NAME:**          **BRIAN JOSEPH JOHNSON**

**DATE:**                   March 16, 2026

**INTERPRETER NEEDED:**     No

**VICTIM(S):**              No

**OFFENSE/PENALTIES:**      **18 U.S.C. §§ 922(g)(1) and 924(a)(8)**
(Felon in Possession of a Firearm)

0-15 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**AGENT:**                  Ryan Wangberg, DCI

**AUSA:**                   Timothy W. Gist, Assistant United States Attorney

**ESTIMATED TIME OF
TRIAL:**                    3 to 5 days

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS
CASE:**                     Yes

**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**            Yes. The Court should not grant bond as the Defendant is
not bondable.

1